UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ THIRC_____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: EDWARD S. MURRAY        JOINT DEBTOR: _____        CASE NO.: 14-31793-RAM

SS#: xxx-xx- 6501                SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,683.50 for months  1  to  40 ;
2. $31,383.22 for months  41  to ____ ;
3. $3,761.63 for months  42  to  59 ;
4. $106,713.78 for months  60  to ____ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $13025.00 | Total Paid: | $4000.00 | Balance Due: | $9025.00 |
| Payable | $212.50 | /month (Months  1  to  40 ) | | | |
| Payable | $525.00 | /month (Months  41  to ____ ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$13,025.00 (-) $4,000.00 = $8,500.00 (+) $525(mod) = $9,025.00 (-) $8,500.00 = $525.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: RUSHMORE LOAN MANAGEMENT SERVICES/MTGLQ

   Address: 3415 Vision Dr.     Arrearage/ Payoff on Petition Date   $21,944.29
   OH4-7142
   Columbus, OH 43219           Arrears Payment (Cure)       $307.05 /month (Months  1  to  40 )

Debtor(s): EDWARD S. MURRAY     Case number: 14-31793-RAM

| | |
|---|---|
| Last 4 Digits of Account No.: 7742 | Arrears Payment (Cure)   $9,662.31 /month (Months 41 to ___ ) |
| Other: _____ | |

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
9325 NW 14 Ave
Miami, FL 33147

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: CHASE (Regular Payments through month 59)

Address: 3415 Vision Dr.
OH4-7142
Columbus, OH 43219

| | |
|---|---|
| | Arrearage/ Payoff on Petition Date   $52,702.93 |
| | Regular Payment (Maintain)   $848.61 /month (Months 1 to 40 ) |
| Last 4 Digits of Account No.: 8886 | Regular Payment (Maintain)   $17,503.99 /month (Months 41 to ___ ) |
| | Regular Payment (Maintain)   $69.71 /month (Months 42 to 59 ) |

Other: _____

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
9325 NW 14 Ave
Miami, FL 33147

☐ Personal Property/Vehicle
Description of Collateral:

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

1. Creditor: MAGNOLIA STATE BANK/BANK OF EASTMAN

Address: POB 909
Eastman, GA 31023

Last 4 Digits of Account No.: 3104

Real Property
☐ Principal Residence
■ Other Real Property

Address of Collateral:
1306-08 Ross St
Macon, GA

Value of Collateral:   $132,000.00
Amount of Creditor's Lien:   $0.00

Interest Rate:   5.25%

Check one below:
☐ Escrow is included in the monthly mortgage payment listed in this section
■ The debtor(s) will pay
  ■ taxes   ■ insurance directly

**Payment**
Total paid in plan:   $150,368.17

$996.88 /month (Months 1 to 40 )
$888.32 /month (Months 41 to 59 )
$93,614.97 /month (Months 60 to ___ )

    **2. VEHICLES(S):** ☒ NONE

    **3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ☒ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ☐ NONE

    ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | MERCEDES BENZ FINANCIAL SERVICES | 3142 | 2009 Mercedes Benz E350 |
| 2. | CITIMORTGAGE | N/A | 4030 Suzanne Dr., Macon, GA |
| 3. | BANK OF EASTMAN | N/A | 1365 Burton Ave., Macon, GA |
| 4. | NATIONSTAR | 8110 | 3375 Thunderbird Rd., Macon, GA |
| 5. | MAGNOLIA STATE/BANK OF EASTMAN | 0500 | 345 Daffodil St., Macon, GA |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    **B. INTERNAL REVENUE SERVICE:** ☒ NONE

    **C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

    **D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay   $195.36   /month (Months  1  to  40 )

       Pay   $2,427.44   /month (Months  41  to  60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:** ☒ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☒ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII. NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    SECTION II, MONTHLY PLAN PAYMENT: 1. Begins October 30, 2014, 2. Begins  2. Begins January 30, 2018, 3. Begins September 30, 2019

    SECTION III, E. 1. 2. 3. 4. & 5. - The creditors claim shall have an allowed secured claim with no distribution from the Chapter 13 trustee. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s)

and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

WELLS FARGO (1st Mtg. Inv. Prop. #2 - 6410 SW 58 Pl., Miami, FL) - This property is the subject of a cure in the Joint Owner's case Richard Prioleau Case No. 14-31790-LMI.

OCWEN LOAN SERVICING (8141-43 NW 5 Ct., Miami, FL 33150) - This property is the subject of a Motion to Value Collateral in this case and in the Joint Owner's case Richard Prioleau Case No. 14-31790-LMI. The payments on the valuation are bein made in the Richard Prioleau's case.

MAGNOLIA STATE BANK (Lots in South Carolina) - The 5 lots in South Carolina are the subject of aMotion to Value Collateral in this case and in the Joint Owner's case Richard Prioleau Case No. 14-31790-LMI. The payments on the Valuation are being made in the Richard Prioleau's case.

All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Edward S. Murray | Debtor | February 9, 2018 | | Joint Debtor | |
|---|---|---|---|---|---|
| EDWARD S. MURRAY | | Date | | | Date |

| /s/ Michael A. Frank, Esquire | February 9, 2018 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**